# United States District Court

FOR THE ——— DISTRICT OF ——— MASSACHUSETTS

Boston Division

Ron Sartori

V.

National Railroad Passenger Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 11919 MLW

TO: (Name and address of defendant)

National Railroad Passenger Corporation
253 Summer Street
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THOMAS J. JOYCE, III
HANNON & JOYCE
The Public Ledger Building - Ste. 1000
150 S. Independence Mall West
Philadelphia, PA 19106-3323
(215) 446-4460
Attorney for Plaintiff

MICHAEL J. MCDEVITT
LAWSON & WEITZEN LLP
88 Black Falcon Avenue
Suite 345
Boston, MA 02210
(617) 439-4990
Local Counsel for Plaintiff

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS
CLERK

DATE: SEP 02 2004

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): United States Mail - Certified - Return Receipt. See attached receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                              Signature of Server

                                        _____
                                        Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Railroad Passenger
Corporation
253 Summer Street
Boston, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ Smith
☐ Agent
☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery
9/25/14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ■ Certified Mail  ☐ Express Mail
   ☐ Registered     ■ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

   7004 1160 0005 4530 0248

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

