AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

## UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

RON SARTORI

Plaintiff

V.

NATIONAL RAILROAD PASSENGER CORPORATION

Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE
EXERCISE OF JURISDICTION BY A UNITED
MAGISTRATE JUDGE

Case Number: 0411919MLW

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

### CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| Plaintiff, Ron Sartori | [signature] | January 11, 2005 |
| National Railroad Passenger Corporation | [signature] Paul J. Sabovey | Jan. 5, 2005 |
| | | |
| | | |

### ORDER OF REFERENCE

IT IS ORDERED that this case be referred _____ United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

_____    _____
Date                United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from O'Leary, Dennis entered on 12/23/2004 at 10:13 AM EST and filed on 12/22/2004
Case Name: Sartori v. National Railroad Passenger Corporation
Case Number: 1:04-cv-11919
Filer:
Document Number: 4

01-51501 R

Docket Text:
Judge Mark L. Wolf : ORDER entered. The parties are being ordered to inform the court by January 13, 2005 whether they consent to a transfer of thiscase to Magistrate Judge for all purposes. (Attachments: # (1))(O'Leary, Dennis)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=12/23/2004] [FileNumber=792432-0
] [7cd4e9f8dbdfdd71c67672f71240213db93a781b299eaceb42ec9edb1d5f6e2cc6d
a4d0d0dfb079c0df92dc0eee67732e7ac3dc2fcbbd239b879b36ad8a099bd]]
Document description:
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=12/23/2004] [FileNumber=792432-1
] [546145846a5c5a2c15aff7bd36bd5631baeb2b90eac057a8414d49f68e6a5f82125
e52e51db76c8cb5cb985bffe1775365dfdbf0219dcb88b3750aa2083f8706]]

1:04-cv-11919 Notice will be electronically mailed to:

Michael J. McDevitt    mmcdevitt@lawson-weitzen.com, rwright@lawson-weitzen.com

1:04-cv-11919 Notice will not be electronically mailed to:

Thomas J. Joyce
Hannon & Joyce
The Public Ledger Bldg.
Ste. 1000
150 S. Independence Mall West
Philadelphia, PA 19106

Paul J. Sahovey
MBTA Law Department
Ten Park Plaza
Transportation Building
Boston, MA 02116