```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


RON SARTORI,                          )
     Plaintiff(s),                    )
                                      )
     v.                               )   C.A. No. 04-11919-MLW
                                      )
NATIONAL RAILROAD PASSENGER CORP.,    )
     Defendant(s)                     )
```

ORDER

WOLF, D.J.                                           January 25, 2005

The parties in this case were issued an Order, asking whether they would consent to reassignment of this case for all purposes to Magistrate Judge Alexander, pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred. All parties have informed the court of their consent. Accordingly, this case is hereby REASSIGNED to Magistrate Judge Alexander for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).

```
                              /s/ Mark L. Wolf
                              UNITED STATES DISTRICT COURT
```