IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Boston Division

RON SARTORI,

        Plaintiff

vs.                              Civil Action No.: 04-11919JLA

NATIONAL RAILROAD
PASSENGER CORPORATION,

        Defendant

**PROPOSED JOINT SCHEDULING PLAN
PURSUANT TO RULE 16(B) AND 26(F)**

1.      Statement of the Case

This case involves a personal injury action brought pursuant to an Act of Congress known as the Federal Employer's Liability Act (FELA), 45 U.S.C., Sec. 51 et seq. Ron Sartori worked for the defendant from 1994 to the present, as a boilermarker.

As a result of his job duties, Plaintiff was exposed to the occupational risk factors for hearing loss. It is Plaintiff's claim that as a result of the Defendant's negligence, Plaintiff was diagnosed with occupational hearing loss.

Defendant failed to provide Plaintiff with a safe work environment under the FELA, specifically, failing to adequately warn Plaintiff of the risks, dangers and harm to which he was exposed in working in a loud and noisy work environment.

The Defendant denies Plaintiff's claims and further denies that its' alleged negligence was the proximate cause of Plaintiff's injuries.

2. <u>Joint Discovery Plan</u>

The attorneys for the parties have reached an agreement for a proposed Pretrial schedule as follows:

(a) All additional parties shall be joined by March 22, 2005.

(b) Amendment of pleadings shall be completed by March 22, 2005.

(c) Parties will exchange initial disclosures by April 22, 2005.

(d) All fact discovery should be completed by August 19, 2005.

(e) All experts who may be witnesses for the Plaintiff shall be designated no later than October 14, 2005.

(f) All experts who may be witnesses for the Defendant shall be designated no later than November 14, 2005.

(g) All expert discovery shall be completed by December 14, 2005.

(h) All motions for Summary Judgment to be filed by December 30, 2005.

Thomas J. Joyce, III, Esq., of Hannon & Joyce, and Michael J. McDevitt, of Lawson & Weitzan, LLP, counsel for Plaintiff ron Sartori, and Paul Sahovey, Esq. of Massachusetts Bay Transportation Authority, counsel for Defendant, National Railroad Passenger Corporation, have conferred concerning the above discovery schedule and expenses.

Counsel for the parties have discussed informally exchanging discovery to reduce the cost of litigation to our clients and agreed to conform to the obligation to limit discovery set forth in F.R.C.P. 26(b).

Discovery is expected to include all relevant information including but not limited to Plaintiff's work and medical history as well as Defendant's safety, medical and environmental efforts regarding noise exposure and occupational hearing loss.

      The parties and their respective counsel have conferred regarding settlement.

Dated: February 17, 2005

                                              Respectfully Submitted,

ATTORNEY FOR PLAINTIFF              ATTORNEY FOR DEFENDANT

/s/ Thomas J. Joyce                      /s/ Paul Sahovey
_____        _____
Thomas J. Joyce, III, Esq.            Paul Sahovey, Esq.
HANNON & JOYCE                 Massachusetts Bay
Public Ledger Building, Suite 1000    Transportation Authority
150 S. Independence Mall West       10 Park Plaza
Philadelphia, PA   19106              Boston, MA   02116-3974
215-446-4460                           617-222-3189

Michael J. McDevitt, Esq.
Lawson & Weitzen
88 Black Falcon Avenue, Suite 345
Boston, MA   02210
617-439-4990
Local Counsel for Plaintiff