IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Boston Division

RON SARTORI,

      Plaintiff

vs.                      Civil Action No.: 04-11919JLA

NATIONAL RAILROAD
PASSENGER CORPORATION,

      Defendant

## AMENDED REPORT OF PARTIES' PLANNING CONFERENCE

Pursuant to this Court's Order, Thomas J. Joyce, III and Michael McDevitt, representing Plaintiff, and Paul Sahovey, representing the Defendant, met on February 17, 2005, pursuant to Rule 26(f) to discuss:

(1)    the nature and basis of their claims and defenses;

(2)    the possibility for a prompt settlement or resolution of this case;

(3)    to make or arrange for the disclosures required under Rule 26(a)(1); and

(4)    to develop a discovery plan.

To that end, the parties propose the following:

A.    The issues in this case may be simplified by taking the following steps:

    1.    The parties have exchanged written Interrogatories and Request for production of Documents;

    2.    Defendant has taken Plaintiff's discovery deposition;

        3.    Plaintiff will be made available for defense medical examination;

        4.    Plaintiff will take the discovery deposition of Defendant's Safety Director, and Medical Director; and

        5.    The parties will conduct site inspection of Plaintiff's workplace.

    B.    The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:

        1.    None

    C.    Discovery will be needed on the following subjects:

        1.    Plaintiff's work history;

        2.    Plaintiff's medical history;

        3.    Causation; and

        4.    Plaintiff's economic and non-economic damages

    D.    Discovery should be conducted in phases.

    E.    Discovery is not likely to be contentious and management of discovery should be referred to the Magistrate Judge.   YES **X**   NO____

    F.    The parties do consent to this matter being referred to the Magistrate Judge for final disposition.

    G.    The parties have discussed the possibility of alternative dispute resolution.

    H.    The parties have discussed a prompt settlement or other resolution of this matter.  The Plaintiff has made a written demand of $75,000.00, and the Defendant has offered $0.

I.   The Court should consider the following methods of expediting the resolution of this matter:  A settlement conference following completion of discovery.

Dated: February 23, 2005

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| /s/ Thomas J. Joyce | /s/ Paul Sahovey |
| Thomas J. Joyce, III, Esq. | Paul Sahovey, Esq. |
| HANNON & JOYCE | Massachusetts Bay |
| Public Ledger Building, Suite 1000 | Transportation Authority |
| 150 S. Independence Mall West | 10 Park Plaza |
| Philadelphia, PA  19106 | Boston, MA  02116-3974 |
| 215 446-4460 | 617-222-3189 |

Michael J. McDevitt, Esq.
Lawson & Weitzen
88 Black Falcon Avenue, Suite 345
Boston, MA  02210
617-439-4990
Local Counsel for Plaintiff