UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RON SARTORI
    Plaintiff
V.
                                    CIVIL NO. 04-11919 JLA

NATIONAL RAILROAD PASSENGER
CORPORATION
    Defendant

## SCHEDULING ORDER

ALEXANDER, U.S.M. J.

    This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

    The parties in the above-entitled action having been filed on September 2, 2004, and the parties having consented to the jurisdiction of the Magistrate Judge on **January 5, 2005**, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

(1)    amendments, including joinder of additional parties, and/or supplements to the pleadings or motions for leave to file the same may be filed by **March 22, 2005**, subject to the provisions of the Federal Rules of Civil Procedure;

(2)    Parties will exchange initial disclosures by April 22, 2005;

(3)    all plaintiff's trial experts are to be designated by **August 19, 2005,** and all all defendant's trial experts are to be designated by **September 19, 2005,** disclosure of information contemplated by FRCP, Rule 26(b) is to be provided by **December 14, 2005**;

(4)    all dispositive motions, including motions for summary judgment, are to be filed by **November 3, 2005**, and responses are to be filed fourteen (14) days thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1;

(5) all fact discovery is to be completed by **August 19, 2005;** unless shortened or enlarged by Order of this Court;

(6) a further status conference or motion hearing will be held on **June 14, 2005, at 3:00 PM** in **Courtroom # 24** on the **7**th floor.

All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the district judge or magistrate judge, if referred for case management proceedings.  Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record.  The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions.  The Court may then enter a final scheduling order, if necessary.

Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

IT IS HEREBY ORDERED THAT

A **Further Status Conference** is scheduled at **3:00 PM** on **June 14, 2005,** Courtroom 24, 7th floor.

        HONORABLE JOYCE LONDON ALEXANDER
        UNITED STATES MAGISTRATE JUDGE

        By the Court:

        /S/ Rex Brown
        Courtroom Clerk

3/24/05
Date