UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-11919 JLA

RON SARTORI
Plaintiff

V.

NATIONAL RAILROAD PASSENGER CORPORATION
Defendant

## SETTLEMENT ORDER OF DISMISSAL

ALEXANDER, U.S.M.J.

The Court having been advised on Friday, June 10, 2005, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

SO ORDERED.

HONORABLE JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

By the Court:

June 27, 2005                /S/ Rex Brown
Date                         Rex Brown, Courtroom Clerk