UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO.  04-11919-MLW

| | | |
|---|---|---|
| RON SARTORI,<br>    Plaintiff | * | |
| vs. | * | **STIPULATION OF DISMISSAL** |
| | * | |
| NATIONAL RAILROAD | * | |
| PASSENGER CORPORATION, | * | |
|     Defendant | * | |

Now come the parties to the above-captioned action and, pursuant to Rule 41(a)(1)(ii) of the Massachusetts Rules of Civil Procedure, hereby stipulate that all claims, including cross-claims and counterclaims, in this action, be dismissed with prejudice.

Defendant
NATIONAL RAILROAD
PASSENGER CORPORATION
By its attorney,

_____
Paul J. Sahovey, Esq.
Assistant General Counsel
Transportation Building
Ten Park Plaza
Boston, MA  02116
BBO #437900

Plaintiff
RON SARTORI

By his attorney,

_____
Thomas J. Joyce, III, Esq.
Hannon & Joyce
Public Ledger Building
Suite 1000
150 South Independence Mall West
Philadelphia, Pennsylvania  19106

and

_____
Michael J. McDevitt, Esq.
Lawson & Weitzen
88 Black Falcon Avenue, Suite 345
Boston, MA  02210